Kevin G. Clarkson, Esq.
Matthew C. Clarkson, Esq.
Brena, Bell & Clarkson, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Telephone: (907) 258-2000
E-Mail: kclarkson@brenalaw.com
mclarkson@brenalaw.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN G. COLOTTI, | ) |
| Plaintiff, | ) |
| v. | ) |
| SECOND STREET INVESTMENTS, LLC, and LEANN JACK, | ) |
| Defendants. | ) Case No. 3:13-cv-_____ |

## NOTICE OF REMOVAL

Defendants, Second Street Investments, LLC ("Second Street") and Leann Jack ("Jack") hereby remove the above-referenced matter from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, to this Court. Defendants give their consent to the removal of this action. The removal is based upon the following grounds:

BRENA, BELL & CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

Notice of Removal                                                September 13, 2016
*Colotti v. Second Street Investments, et al*                    Page 1 of 3

Case 3:16-cv-00216-HRH   Document 1   Filed 09/14/16   Page 1 of 3

1. The Plaintiff's Amended Complaint was filed on September 13, 2016, in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, pursuant to that Court's September 13, 2016, Order.

2. Defendants were served with Plaintiff's lodged Amended Complaint on September 2, 2016.

3. Fewer than thirty (30) days have passed since Defendants Second Street and Jack first received the lodged Amended Complaint.

4. Copies of all process, pleadings, and orders received by Defendants in this action to date are attached hereto as Exhibit A.

## FEDERAL QUESTION AND REMOVAL JURISDICTION
## UNDER 28 U.S.C. §§ 1331 and 1441

5. Plaintiff's amended action is based in part upon Defendants' alleged violation of the Fair Labor Standards Act ("FLSA"). Plaintiff's action, therefore, arises in part under the laws of the United States.

6. The United States District Court for the District of Alaska has original jurisdiction of this action under 28 U.S.C. § 1331.

7. Removal of this action to the United States District Court for the District of Alaska is proper under 28 U.S.C. § 1441(a).

BRENA, BELL &
CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

DATED this 13th day of September, 2016.

BRENA, BELL & CLARKSON, P.C.
Attorneys for Defendants

By _____
Kevin G. Clarkson, ABA No. 8511149
Matthew C. Clarkson, ABA No.1111077

**Certificate of Service**
The undersigned hereby certifies that a copy of the foregoing document was mailed and e-mailed to the following attorneys/parties of record on the 13th day of September, 2016:

**Attorneys for Plaintiff**
Daniel I. Pace, Esq.
Pace Law Offices
101 East Ninth Avenue, Suite 7A
Anchorage Alaska 99501
E-Mail: dan@pacelawoffices.com

_____
Avonna L. Murfitt

810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

Notice of Removal
*Colotti v. Second Street Investments, et al*,

September 13, 2016
Page 3 of 3

Case 3:16-cv-00216-HRH   Document 1   Filed 09/14/16   Page 3 of 3