1420-001
KGC/MCC/
alm

Daniel I. Pace
PACE LAW OFFICES
101 E 9th Ave, Ste 7A
Anchorage, AK 99501
Telephone: (907) 222-4003
Facsimile: (907) 222-4006
Dan@PaceLawOffices.com

ATTORNEY FOR PLAINTIFF
John G. Colotti

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

JOHN G. COLOTTI,

        Plaintiff,

  -vs-

SECOND STREET INVESTMENTS LLC, and LEANN JACK,

        Defendants.

Case No. 3AN-16-05375CI

### FIRST AMENDED COMPLAINT

COMES NOW the Plaintiff John Colotti through his attorney, Daniel Pace of the Pace Law Offices, and alleges the following as his first amended complaint:

### JURISDICTIONAL ALLEGATIONS

1. This is an action to recover overtime compensation, unlawful wage deductions, failure to pay wages when due, and retaliation under the Alaska Wage and Hour Act pursuant to AS 23.10.110(a), (b), and (c), AS 23.10.060, AS 23.05.140 and the

PACE LAW OFFICES
101 E 9th Ave, Ste 7A
Anchorage, AK 99501
Tel: 907-222-4003
Fax: 907-222-4006
PaceLawOffices.com

First Amended Complaint
*Colotti v. Second Street Investments, LLC et al.*, Case No. 3AN-16-05375CI      Page 1 of 6

Case 3:16-cv-00216-HRH    Document 1-1    EXHIBIT A 09/14/16    Page 1 of 6
Page 1 of 6

Fair Labor Standards Act pursuant to 29 U.S.C. § 207, 29 U.S.C. § 255(a), and 29 U.S.C. § 215(a)(3).

2. At all times relevant herein, plaintiff was an employee of defendants and a resident of the Third Judicial District, State of Alaska.

3. At all times relevant herein, defendant Second Street Investments, LLC was an Alaska limited liability company with its principal place of business in Anchorage, AK and an employer of plaintiff.

4. At all times relevant herein, defendant Leann Jack was a resident of the Third Judicial District, State of Alaska and an employer of plaintiff.

5. The Superior Court has jurisdiction over this action pursuant to AS 22.10.020 as plaintiff is seeking a recovery of money damages in excess of $100,000.00, exclusive of costs, interest, and attorney fees.

6. Venue is proper in the third judicial district pursuant to AS 22.10.030 and Alaska Rule of Civil Procedure 3(c) as the claim arose and in Anchorage, Alaska.

7. Defendants are engaged commerce between States.

8. Plaintiff, while an employee of defendants, was engaged in commerce between States.

## GENERAL ALLEGATIONS

9. Defendants are in the hotel business in the State of Alaska.

10. Plaintiff has been an employee of defendants since January 2014.

11. Plaintiff worked in excess of 40 hours per week and 8 hours per day.

PACE
LAW OFFICES
101 E 9th Ave, Ste 7A
ANCHORAGE, AK 99501
TEL: 907-222-4003
FAX: 907-222-4006
PACELAWOFFICES.COM

First Amended Complaint
*Colotti v. Second Street Investments, LLC et al.*, Case No. 3AN-16-05375CI       Page 2 of 6

12. Defendants failed to pay plaintiff overtime wages for the hours he worked in excess of 40 hours per week or 8 hours per day.

13. Defendants willfully failed to pay plaintiff overtime wages for the hours he worked in excess of 40 hours per week in violation of 29 U.S.C. 255(a).

14. Plaintiff complained to defendants that he was not being properly paid for his overtime work.

15. Because of plaintiff's complaint, defendants unlawfully retaliated against plaintiff.

16. Defendants also unlawfully deducted money from plaintiff's paychecks for lodging.

17. Defendants unlawfully terminated plaintiff.

18. Defendants did not pay plaintiff all wages or other compensation for plaintiff's work within three days of termination.

19. Plaintiff has made a written demand for his wages and other compensation pursuant to AS 23.05.140.

## COUNT I

### Failure to Pay Overtime, AS 23.10.060

20. The previous paragraphs are incorporated herein.

21. Plaintiff was an employee of defendants.

22. Plaintiff worked over 8 hours in a day or 40 hours in a week.

23. Defendant failed to pay plaintiff overtime when it was due.

PACE
LAW OFFICES
101 E 9th Ave, Ste 7A
ANCHORAGE, AK 99501
TEL: 907-222-4003
FAX: 907-222-4006
PACELAWOFFICES.COM

First Amended Complaint
*Colotti v. Second Street Investments, LLC et al.*, Case No. 3AN-16-05375CI    Page 3 of 6

24. Plaintiff has been harmed by defendants' conduct.

## COUNT II

### Unlawful Deductions From Plaintiff's Paychecks, 8AAC 15.160(d)

25. The previous paragraphs are incorporated herein.

26. Plaintiff was an employee of defendants.

27. Defendants unlawfully deducted lodging from plaintiff's earnings.

28. Plaintiff has been harmed by defendants' conduct.

## COUNT III

### Failure to Pay Compensation When It Was Due, AS 23.05.140

29. The previous paragraphs are incorporated herein.

30. Plaintiff was an employee of defendants.

31. Defendants terminated Plaintiff.

32. Defendants did not pay plaintiff wages or other compensation for his work within three days of termination.

33. Plaintiff has made a written demand for his wages pursuant to AS 23.05.140.

## COUNT IV

### Unlawful Discharged and Retaliation, 29 U.S.C. 215(a)(3) and Violation of the Covenant of Good Faith and Fair Dealing

34. The previous paragraphs are incorporated herein.

35. Plaintiff engaged in a protected activity when he complained that defendants failed to pay him minimum wages and overtime.

PACE
LAW OFFICES
101 E 9th Ave, Ste 7A
Anchorage, AK 99501
Tel: 907-222-4003
Fax: 907-222-4006
PaceLawOffices.com

36. Defendants subjected plaintiff to an adverse employment action because plaintiff complained he was not being paid minimum wages and overtime.

37. Defendants' conduct violated the covenant of good faith and fair dealing.

38. Plaintiff has been harmed by defendants' conduct.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff requests that he be awarded the following relief:

1. An award of damages for past overtime wages.

2. An award of liquidated damages in an amount to be proven at trial.

3. An award of statutory penalties for failure to pay wages when they are due pursuant to AS 23.05.140.

4. An award of damages for the amount unlawfully withheld from plaintiff's paychecks.

5. An award of past and future wages in an amount to be proven at trial.

6. An award of emotional distress in an amount to be proven at trial.

7. An award of punitive damages based on the outrageous, wanton, willful and/or intentional conduct of defendants.

8. An award of prejudgment interest, post judgment interest, costs and attorney's fees incurred in bringing this action.

PACE
LAW OFFICES
101 E 9th Ave, Ste 7A
Anchorage, AK 99501
Tel: 907-222-4003
Fax: 907-222-4006
PACELAWOFFICES.COM

First Amended Complaint
Colotti v. Second Street Investments, LLC et al., Case No. 3AN-16-05375CI    Page 5 of 6

Case 3:16-cv-00216-HRH   Document 1-1   Filed 09/14/16   Page 5 of 6
EXHIBIT A
Page 5 of 6

9. Any additional relief, including equitable relief, the Court deems appropriate under the circumstances.

DATED this 31st day of August, 2016, at Anchorage, Alaska.

PACE LAW OFFICES
Attorney for Plaintiff
John G. Colotti

_____
Daniel I. Pace
Alaska Bar No. 1305008

**CERTIFICATE OF SERVICE**
I hereby certify that on this date
a true and correct copy of the foregoing
was sent via first-class mail to:

Attorneys for defendants:

Kevin G. Clarkson
Matthew C. Clarkson
Brena, Bell, & Clarkson
810 N St., Suite 100
Anchorage, AK 99501

_____   8/31/2016
Daniel Pace                       Date

PACE LAW OFFICES
101 E 9th Ave, Ste 7A
Anchorage, AK 99501
Tel: 907-222-4003
Fax: 907-222-4006
PaceLawOffices.com

First Amended Complaint
*Colotti v. Second Street Investments, LLC et al.*, Case No. 3AN-16-05375CI — Page 6 of 6