IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN G. COLOTTI, )
 )
                           Plaintiff, )
    vs. )
 )
SECOND STREET INVESTMENTS, LLC, )
and LEANN JACK, )
 ) No. 3:16-cv-0216-HRH
                       Defendants. )
_____)

O R D E R

Settlement Agreement

      Plaintiff John Colotti and defendants Second Street Investments, LLC, and Leann Jack ( collectively "defendants") have jointly moved this court for the entry of an order approving the parties' settlement agreement and dismissing this case with prejudice.

      The court has reviewed the parties' *Joint Motion to Approve Settlement Agreement and Memorandum in Support*[1] and the respective parties' *Settlement Agreement and Mutual Release of All Claims*.[2] The court is satisfied that the settlement agreement will effect a reasonable compromise of hotly disputed issues between the parties.

      Based upon its file and representations of the parties, the court is satisfied that adequate discovery has been undertaken in this case, that the case has proceeded to the point where the parties were ready to seek a disposition through summary judgment practice or, if necessary, trial, that there is no suggestion of fraud or collusion with respect

---

[1] Docket No. 26.

[2] Docket No. 26-1.

Order – Settlement Agreement       - 1 -

to the settlement, that the parties are represented by experienced counsel, that the named parties have been fully and completely apprised of the terms and conditions of the settlement, and that the compromise which the parties have agreed upon reasonably evaluates the respective parties' risks if litigation were to be taken to a conclusion.

The terms and conditions of the parties' settlement agreement and their mutual releases of claims are approved.

The settlement agreement in its preamble and in paragraph 14 appear to acknowledge that the agreed settlement sum of $141,000 has already been paid by defendants to plaintiff. However, counsel's memorandum advises that Second Street Investments will be paying the $141,000 within 14 days after court approval of the settlement agreement. Because court approval of the settlement agreement is necessary, the court assumes that the agreed settlement sum has not yet been paid. The settlement agreement is now approved, and the agreed upon payment shall be made within 14 days of the date of this order. Upon receipt of defendants' payment, plaintiff shall acknowledge that payment by way of a receipt to defendants; and counsel for plaintiff shall notify the court that the payment has been received. Upon receipt of that notification, plaintiff's complaint will be dismissed with prejudice, the parties to bear their respective costs and attorney fees except as otherwise provided in the settlement agreement.

Accordingly, pending motions are denied as moot; pending deadlines and filing requirements, other than those herein, are vacated.

DATED at Anchorage, Alaska, this  19th  day of January, 2017.

/s/ H. Russel Holland
United States District Judge

Order – Settlement Agreement - 2 -