IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN G. COLOTTI,<br><br>                      Plaintiff,<br><br>  vs.<br><br>SECOND STREET INVESTMENTS, LLC,<br>and LEANN JACK,<br><br>                    Defendants. | No. 3:16-cv-0216-HRH |

ORDER OF DISMISSAL

THIS COURT, having received plaintiff's acknowledgment that payment was made by defendants in accordance with the parties' *Settlement Agreement and Mutual Release of All Claims*, the above-captioned case is dismissed with prejudice.

DATED at Anchorage, Alaska, this  7th  day of February, 2017.

/s/ H. Russel Holland
United States District Judge

Order of Dismissal - 1 -

Case 3:16-cv-00216-HRH   Document 29   Filed 02/07/17   Page 1 of 1